1  HANSON BRIDGETT LLP
   MERTON A. HOWARD, SBN 161125
2  mhoward@hansonbridgett.com
   KYLE A. MABE, SBN 295735
3  kmabe@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, California 94105
   Telephone:    (415) 777-3200
5  Facsimile:    (415) 541-9366

6  Attorneys for ROTOSOUND
   MANUFACTURING LIMITED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ROTOSOUND MANUFACTURING LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CENVEO CORPORATION and JOHN DOES 1 TO 10, NAMES UNKNOWN,<br><br>Defendants. | CASE NO. 16-cv-02379-BLF<br><br>Related cases:    5:14-cv-02650-BLF<br>                         5:16-cv-02384-BLF<br><br>[PROPOSED] ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE<br><br>Action Filed: May 2, 2016<br>Trial Date: None |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, having reviewed the parties' Stipulation To Extend Time To Respond To Complaint And Request For Order Continuing Initial Case Management Conference and for good cause shown, hereby orders:  The Initial Case Management Conference is continued to a date after December 5, 2016.  The Case Management Statement is due by _____. The Initial Case Management Conference is set for _____.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Beth Labson Freeman
United States District Court Judge

12538054.1

Case No. 16-CV-02379-BLF
[PROPOSED] ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE CMC