HANSON BRIDGETT LLP
MERTON A. HOWARD, SBN 161125
mhoward@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

ROETZEL & ANDRESS
NICHOLAS P. RESETAR (pro hac vice)
nresetar@ralaw.com
222 South Main Street
Akron, OH 44308
Telephone: (330) 376-2700
Facsimile: (330) 376-4577

Attorneys for Plaintiff ROTOSOUND MANUFACTURING LIMITED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ROTOSOUND MANUFACTURING LIMITED<br><br>Plaintiff,<br><br>v.<br><br>CENVEO CORPORATION and DOES 1 TO 10<br><br>Defendant. | Case No. 16-cv-02379-BLF<br><br>[~~PROPOSED~~] **JUDGMENT** |

On or about December 22, 2017, Plaintiff Rotosound Manufacturing Limited ("Rotosound") filed its Notice of October 23, 2017 Acceptance of Offer of Judgment made by Defendant Cenveo Corporation ("Cenveo") pursuant to Federal Rule of Civil Procedure 68 on October 9, 2017, in the total sum of $1,025,000.00. On or about January 24, 2018, Rotosound filed its Notice of Satisfaction of Judgment and Payment of Postjudgment Interest acknowledging full satisfaction, payment, and discharge of the Rule 68 offer amount of $1,025,000.00 and the parties' stipulated postjudgment interest amount of $2,113.47. On or

about January 24, 2018, this Court's issued its Order Directing Rotosound to Submit a Proposed Judgment on or before January 31, 2018.

**NOW, THEREFORE, IT IS ORDERED**, **ADJUDGED**, **AND DECREED THAT**:

1. Pursuant to Rule 68, an Offer of Judgment having been made and accepted, judgment is hereby entered in this action in favor of Rotosound and against Cenveo, in the sum of $1,025,000.00 along with additional postjudgment interest in the sum of $2,113.47, with each party to bear its own respective costs, expenses, and attorneys' fees.

2. Rotosound acknowledges full satisfaction, payment, and discharge of the judgment and the postjudgment interest amounts.

3. This judgment resolves and satisfies any and all of Rotosound's allegations and claims in this action, including any and all claims for costs of suit, attorneys' fees, or any and all other costs or monetary payments that might be claimed or recoverable by Rotosound.

4. This judgment is entered pursuant to Rule 68 and is not to be construed as an admission that Cenveo is liable for the allegations or claims raised by Rotosound in this action, and is otherwise to have no effect except to resolve this action.

Dated: _____

_____
HON. BETH LABSON FREEMAN
United States District Judge


Approved As To Form:         POLSINELLI LLP


                             By: */s/ John M. Kilroy, Jr.*
                                 John M. Kilroy, Jr.
                                 Attorneys for Defendant CENVEO
                                 CORPORATION